**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                      **CASE NO.  4:97cr84-RH**

**SHARON JONES,**                                  **DOCKET NO. 4:06mj010-WCS**

      **Defendant.**

_____/

**O R D E R**

The Defendant appeared before the undersigned on a first appearance today

to answer to the charges of violating her supervised release.

Accordingly, it is **ORDERED** that the Defendant shall appear before Judge

Hinkle on **March 1, 2006, beginning at 9:00 A.M.**, for a revocation hearing.

Until that appearance, Defendant will remain subject to the conditions of supervised

release.

**DONE AND ORDERED** on January 24, 2006.


  S/ William C. Sherrill, Jr._____
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**